# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RASHAD STANFORD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-123 |
| v. | * | |
| | * | |
| WARDEN AT FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Rashad Stanford ("Stanford") did not file Objections to this Report and Recommendation. However, Stanford filed a Motion for Leave to Proceed in Forma Pauperis, dkt. no. 5, but he did not complete or sign the form. The Clerk's Office sent Stanford another deficiency notice informing him his application was not completed, nor did he sign it, on January 26, 2022. Dkt. No. 6. While Stanford submitted for filing a "Response" to the deficiency notice at Docket Number 3, he did not correct the deficiency outlined in that notice. Dkt. No. 7. Instead, Stanford simply submitted a copy of the deficiency notice. Id. Stanford has not complied with any of the three deficiency

notices he received, and the time to do so has elapsed. Dkt. Nos. 2, 3, 7.[1]

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, as supplemented herein, **DISMISSES without prejudice** Stanford's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Stanford *in forma pauperis* status on appeal. The Court **DENIES as moot** Stanford's Motion for Leave to Proceed *in Forma Pauperis* and Stanford's Motion requesting certain documents from Defendant. Dkt. Nos. 5, 8.

**SO ORDERED**, this 18 day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Stanford also submitted for filing a "Motion" in which he states he received a letter informing him the charges against him were dismissed. Dkt. No. 8. Stanford states he gave the original letter to the Warden and asks the Court to provide him with a copy of this letter. The Court **DENIES** this Motion. The Court has no record of this letter, even in Stanford's criminal case, United States v. Stanford, 4:19-cr-146 (S.D. Ga.).