AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RASHAD STANFORD,

    Petitioner,

                **JUDGMENT IN A CIVIL CASE**

        **V.**              CASE NUMBER: 2:21-cv-123

WARDEN AT FCI JESUP,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered February 18, 2022, the Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of the Court. Therefore, Petitioner's claims are dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal.

This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Date   Feby 18, 2022

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020